WILLIAM S. BENNET, Appellant, v. COMMERCIAL ADVERTISER ASSOCIA-TION, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.; Page, J., dissenting.

BIRD S. COLER, as Commissioner of Public Charities of the City of New York, on the Complaint of CONCETTA ABATA, Respondent, v. JOSEPH ANTONUCCI, Appellant.— Judgment reversed, as being without sufficient evidence to support it, and a new trial ordered. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

FILIPPO DRAGONETTI, Respondent, v. CALLAN BROS., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

COMPAGNIE GENERALE DES TRANSPORTS TRANSATLANTIQUES, INC., Respondent, v. PETROS P. TATANIS, Doing Business under the Name of CARACANDA BROTHERS, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted as to items 5, 6, 7 and 8, as it is evident that the damages claimed are special damages. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

ROBERT GIBSON and Others, Appellants, v. THE QUICKSILVER MINING COMPANY and Another, Impleaded with THE NEW ALMADEN COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disburse-ments. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

ISAIAH RICKMAN, Appellant, v. HARRY GOODMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

DORA REID, Respondent, v. JOHN REID, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

A. & B. EXPORT AND IMPORT CORPORATION, Appellant, v. FRANCO-AMERICAN CHEMICAL COMPANY, INC., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

ANTOINETTE BRIZZOLARA, Respondent, v. AURELIO BRIZZOLARA, Appel-lant.— Orders affirmed, with ten dollars costs and disbursements. No opin-ion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

HAYMAN ECKMAN, Respondent, v. ADELE STURGES DODD, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Phil-bin, JJ.

In the Matter of the Petition of GEORGE N. TAYLOR, Respondent, for an Inspection of the Books and Records of PEASE PIANO COMPANY, a Corporation, Appellant.— Order affirmed, with ten dollars costs and dis-bursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW